# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| FULTON BANK, N.A. | : | No. 732 MAL 2017 |
| | : | |
| v. | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| | : | |
| PAUL A. SANDQUIST, PATRICIA A. ZWAAN, BARRY L. SPEVAK AND DOWNEY, SPEVAK & ASSOCIATES, LTD. | : | |
| | : | |
| PETITION OF: BARRY L. SPEVAK AND DOWNEY, SPEVAK & ASSOCIATES, LTD. | : | |

| | | |
|---|---|---|
| FULTON BANK, N.A., | : | No. 763 MAL 2017 |
| | : | |
| Petitioner | : | |
| | : | Cross Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | : | |
| | : | |
| PAUL A. SANDQUIST, PATRICIA A. ZWAAN, BARRY L. SPEVAK AND DOWNEY, SPEVAK & ASSOCIATES, LTD., | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

  **AND NOW**, this 3rd day of April, 2018, the Petition for Allowance of Appeal is **DENIED**.